**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

September 15, 2025

The Honorable Victoria Reznik
Magistrate Judge
300 Quarropas Street
White Plains, New York 10601-4150

Extension request GRANTED. Mr. Ruiz Jr. has until September 22, 2025 to have two financially responsible individuals sign an unsecured, $25,000 bond.

SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.
9/15/2025

Re: United States v. Eddie Ruiz Jr. (25 MJ 02781)

Dear Honorable Reznik,

    I am writing on behalf of Eddie Ruiz Jr. to respectfully request a one-week extension on the timeframe for Mr. Ruiz to have two financially responsible individuals sign a bond. As background, Mr. Ruiz Jr. was presented in Manhattan on Saturday, August 30, 2025 in front of the Honorable Katharine H. Parker. Under the terms of Mr. Ruiz Jr's release, he was to surrender his passport and be fitted with an ankle monitor, which took place on Tuesday, September 2nd. Additionally, Mr. Ruiz was given until September 15, 2025 to have two financially responsible individuals sign an unsecured, $25,000 bond. As part of this process, one individual was interviewed by the Government on Friday, September 12.[1] A second individual, a close friend of Mr. Ruiz's, has indicated that they are willing to sign a bond, but my office has not yet been able to obtain the necessary financial information to allow an interview to be scheduled with this second individual. Because of this, I ask that Your Honor please give Mr. Ruiz Jr. an additional week to finalize the co-signers.[2] I will note, I spoke to PreTrial Officer Ashley Cosme, who reports that Mr. Ruiz Jr. has been compliant with the terms of his release, including his curfew.

    Thank you for your consideration.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc: AUSA Carmi Schickler

---

[1] This morning, AUSA Carmi Schickler informed me via e-mail that the Government may not approve this individual as a co-signer. I have reached out to the Government to discuss, but AUSA Schickler was not immediately available to discuss. I plan to discuss this further with the Government soon.

[2] I reached out to AUSA Carmi Schickler to ask for the Government's consent in regards to this application but, as noted above, Mr. Schickler was not immediately available. As such, I do not know the Government's position on this request.