# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 19, 2025

The Honorable Victoria Reznik
Magistrate Judge
300 Quarropas Street
White Plains, New York 10601-4150

APPLICATION GRANTED

*(signature)* Judith C. McCarthy
Hon. Judith C. McCarthy
9-22-2025

Re: United States v. Eddie Ruiz Jr. (25 MJ 02781)

Dear Honorable Reznik,

    I am writing on behalf of Eddie Ruiz Jr. to respectfully ask that the Court modify the terms of Mr. Ruiz's release. As background, Mr. Ruiz was presented in Manhattan on Saturday, August 30, 2025 in front of the Honorable Katharine H. Parker. Under the terms of Mr. Ruiz's release, he was to surrender his passport and be fitted with an ankle monitor, which took place on Tuesday, September 2nd. Additionally, Mr. Ruiz was to have two financially responsible individuals sign an unsecured, $25,000 bond. As part of this process, a close friend of Mr. Ruiz's was interviewed by the Government on Friday, September 12th and a second individual, another close friend, was interviewed on Tuesday, September 16th. The Government has informed me that they believe only one of Mr. Ruiz's proposed co-signers is financially responsible. The Government has indicated that under the circumstances of this case, the Government will consent to modifying the terms of Mr. Ruiz's release so that only one co-signer, who must be financially responsible, is necessary.[1] As such, I ask that the Court please modify the terms of Mr. Ruiz's release by changing the requirement that he secure two financially responsible co-signers to a new requirement that he only secure one financially responsible co-signer.

    Thank you for your consideration.

Sincerely,

*(signature)*
Benjamin Gold
Assistant Federal Defender

cc: AUSA Carmi Schickler

---

[1] While I do not agree with the Government's determination about the proposed co-signers suitability, in light of the Government's agreement that only one co-signer is necessary there is no need to litigate the issue.